IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Tiffany Marie Stone, | C/A No. 3:12-cv-03470-JFA |
| Plaintiff, | |
| vs. | |
| Trans Union LLC and Experian Information Solutions Inc., | **ORDER** |
| Defendants. | |

The court, having been advised by counsel for the above-captioned parties that the Plaintiff, Tiffany Marie Stone, has settled with Defendant Experian Information Solutions, Inc. (Experian), hereby orders that Plaintiff's claims against Defendant Experian be dismissed without costs and without prejudice.[1]  If settlement between these two parties is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar.  *See* Rule 60(b)(6), FED. R. CIV. P.  In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement.  *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

August 8, 2013                                              Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge

---

[1] The court expresses no opinion as to Plaintiff's claims against Defendant Trans Union LLC.