IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Tiffany Marie Stone,<br><br>       Plaintiff,<br><br>vs.<br><br>Trans Union LLC and Experian Information Solutions Inc.,<br><br>       Defendants. | C/A No. 3:12-cv-03470-JFA<br><br><br><br>**ORDER** |

Plaintiff Tiffany Marie Stone has announced to the court that all matters in controversy against Trans Union, LLC have been resolved by way of a Stipulation of Dismissal with Prejudice filed with the court. Accordingly, the court makes the following ruling:

All claims asserted by Plaintiff Tiffany Marie Stone against Defendant Trans Union LLC are dismissed *with prejudice*. Court costs are to be paid by the party incurring such costs.

IT IS SO ORDERED.

September 9, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge